*Thomas E. Dewey,* District Attorney (*Karl Grebow* and *Harris B. Steinberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN STRAUB, Appellant, *v.* SMITH-GRAY CORPORATION et al., Respondents.

Submitted March 8, 1938; decided April 12, 1938.

*Leopold Blumberg* for appellant.

*Jeremiah A. O'Leary* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.